UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff/Respondent  )<br>  )<br>V.  )<br>  )<br>JOHN MICHAEL ESSEX,  )<br>  )<br>Defendant/Movant.  ) | Criminal Action No. 5: 20-057-DCR<br>and<br>Civil Action No. 5: 24-029-DCR-CJS<br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Defendant/Movant John Michael Essex's motion to vacate, set aside, or correct his sentence filed pursuant to 28 U.S.C. § 2255 [Record No. 131] is **DENIED** and his claims are **DISMISSED**, with prejudice.

2. Defendant/Movant John Michael Essex's collateral proceeding (Civil Action No. 5: 24-029-DCR-CJS) is **DISMISSED** and **STRICKEN** from the docket.

3. A Certificate of Appealability will not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 19, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky